# UNITED STATES DISTRICT COURT

*For*
*The District of Rhode Island*

José Cuadrado

(Enter the full name(s) of the Plaintiff(s) in this action)

CA 08 177ML

vs.

Civil Action No. __________

Ashbel T. Wall Director of the D.O.C, JAKe Gadsden Assistant Director, Capt. L. Ashton, C.O J. Bares, C.O. M. Dennis, C.O. R. Batista, C.O. M. Hetu, Jane and John Doe

(Enter the full name(s) of the Defendant(s) in this action)

Jurisdiction 42 U.S.C § 1983

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ________ No: ✓

B. If your answer to "A" is yes, describe each lawsuit in the space below.(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: N/A

Defendants: N/A

2. Court where action was filed(if federal, give the district; or if state, give the county):

_______________

3. Please give docket number(s): _______________

4. Name of Judge to whom case was assigned: _______________

_______________

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)

_______________

6. Approximate date of filing lawsuit: _______________

7. Approximate date of disposition: _______________

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?

Yes

B. If your answer was Yes:

1. What steps did you take? I wrote letters to Ashbel T. wall And JaKe Gadsden

2. What was the result(s): one Booking.

_______________

C. If your answer is NO, explain why not: _______________

_______________

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: José Cuadrado

_______________

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant Ashbel T. WALL is employed as DiRector at Dept. of CoRRections.

C. Additional Defendants: JAke GADsden, Captain L. Ashton, C.O. J. BaKer, C.O. M. Denis, C.O. R Batista, C.O. M. Hetu.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

ON september 28, 2005 I WAS Assuulted and brutally Attacked by captain L. Ashton, C.O. J. BaKer, C.O. M. Denis, C.O. R. Batista, C.O M. Hetu this took place After I WAS Restrained and hand cuffed, I had been giving a complaind to C.O. R. Batista, then two of the other C.O's eye soused me and slammed me to the ground. I WAS then handcuffed and brought to Another Room where captain L. Ashtod proceeded to pepper spray my Mouth, eyes, and pulled down my pants and sprayed my Anus. They then proceded to stomp my head and body and I lost Consuousness.

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

I want the court to make the defendants pay punitive domages of a total of $3 Million dollars. Also compensatury damages paying my hospital injuries of pain and suffering and emotional distress

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

José Cuadrado
(Signature of Plaintiff)

(Additional Plaintiffs)

José Cuadrado
P.O BOX 8200
Cranston, R.I. 02920
(Address for Plaintiff(s)