Exhibit 





Exhibit



exhibit



